IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN PAINE, as Guardian of the<br>Estate of CHRISTINA ROSE EILMAN,<br>a Disabled Person,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER RICHARD CASON, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06 C 3173<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Valdez |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO THE
DEFENDANT CITY OF CHICAGO'S MOTION FOR
<u>SUMMARY JUDGMENT AS TO COUNT XXXIX, THE ADA COUNT</u>**

Plaintiff, Kathleen Paine, as Guardian of the Estate of Christina Rose Eilman ("Plaintiff"), by her attorneys, Segal McCambridge Singer & Mahoney, Ltd., hereby responds in opposition to Defendant City of Chicago's Motion for Summary Judgment as to Count XXXIX. In support, Plaintiff states that there are genuine issues of material facts that warrant denial of the City's summary judgment with respect to Plaintiff's ADA claim.

Plaintiff incorporates the following documents with this response in opposition to Defendant City of Chicago's Motion for Summary Judgment as to Count XXXIX: Plaintiff's Memorandum of Law filed in conjunction with this response; Plaintiff's Local Rule 56.1(b)(3)(c) Statement of Additional Facts that Require Denial of the Defendant, City of Chicago's Motion for Summary Judgment; and Plaintiffs Response to Defendant City of Chicago's Local Rule 56.1(a)(3) Statements of Facts in Support of it Motion for Summary Judgment.

Respectfully submitted,

KATHLEEN PAINE, as Guardian of the Estate of
CHRISTINA ROSE EILMAN, a Disabled Person

By:/s/ Misty Martin _____
    One of Her Attorneys

Jeffrey Singer, Esq. (ARDC #02620510)
Misty R. Martin, Esq. (ARDC #6284999)
Mitchell P. Morinec, Esq. (ARDC #6290282)
Kimberly Kayiwa Esq. (ARDC# 6274510)
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive - Suite 5500
Chicago, Illinois 60606
(312) 645-7800

## CERTIFICATE OF SERVICE

    **I, Misty R. Martin,** depose and state that I served a copy of the foregoing Plaintiff's Response in Opposition to the Defendant City of Chicago's Motion for Summary Judgment as to Count XXXIX, the ADA Count, upon the named parties listed below via ECF notification on the 16th day of November, 2009**.**

        Matthew Hurd, Esquire
        Assistant Corporation Counsel
        CITY OF CHICAGO LAW DEPARTMENT
        30 North LaSalle Street, Suite 1720
        Chicago, Illinois  60602

        Megan McGrath, Esquire
        CITY OF CHICAGO LAW DEPARTMENT
        30 North LaSalle Street, Suite 1600
        Chicago, Illinois  60602

        By:/s/ Misty Martin
            Misty Martin

1458923.1