

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 3173 | DATE | 2/7/2013 |
| CASE TITLE | PAINE vs. CITY OF CHICAGO, ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Enter order approving settlement of action and dismissal without prejudice. MOTION by Plaintiff Kathleen Paine for settlement Plaintiff's Motion to Settle Cause of Action [959] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10



| | Courtroom Deputy Initials: | TP |
|---|---|---|