

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN PAINE, as Conservator of the Person of CHRISTINA ROSE EILMAN, a Disabled Person,<br><br>        Plaintiff,<br><br>v.<br><br>SERGEANT DAVID BERGLIND, DETENTION AIDE SHARON STOKES, OFFICER TERESA WILLIAMS, DETENTION AIDE CYNTHIA HUDSON, DETENTION AIDE CATONIA QUINN, OFFICER PAMELA SMITH, and CITY OF CHICAGO, a municipal corporation,<br><br>        Defendants. | No. 06 C 3173<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Valdez |

**ORDER APPROVING SETTLEMENT OF ACTION**
**AND DISMISSAL WITHOUT PREJUDICE**

Upon the motion of Plaintiff for the entry of an Order approving a settlement in the amount of $22,500,000.00 and for dismissal without prejudice, the Court finds as follows:

1.      The settlement amount is fair and reasonable.

2.      A structured settlement annuity in the amount of $7,500,000 shall be purchased by BHG Structured Settlements, Inc. on behalf of the Defendant/Insurer. Periodic payments will be issued by Berkshire Hathaway Life Insurance Company of Nebraska (rated A++ (Superior) by A.M. Best). Please see Exhibit C (FINAL Plan) for specific benefits/terms of this structured settlement annuity to be payable to <u>The Northern Trust Company as Guardian of the Estate for Christina Rose Eilman, A Disabled Person and/or Court appointed Trustee of the Trust</u>.

3. The attorneys for Plaintiff are entitled to fees in the amount of $7,500,000.00.

4. The attorneys for Plaintiff are entitled to reimbursement for expenses attributable to this lawsuit in the amount of $804,838.88.

5. The lien for the Illinois Victim's Compensation Fund shall be paid by Segal McCambridge in the amount of $27,000.00.

6. The lien for the Rehabilitation Institute of Chicago shall be paid by Segal McCambridge in the amount of $207,582.82.

7. The lien amount of $156,250.00 for Illinois Department of Healthcare and Family Services shall be set aside by Segal McCambridge for the full amount until such a time as this lien is negotiated. Any balance of this negotiated lien shall be sent to the Northern Trust Company as Guardian of the Estate of Christina Eilman.

8. The lien amount of $11,286.74 for Medicare, which represents a conditional payment amount as of 1/17/13, shall be set aside by Segal McCambridge for the full amount until such a time as this lien is negotiated. Any balance of this negotiated lien shall be sent to the Northern Trust Company as Guardian of the Estate of Christina Eilman.

9. The lien amount of $22,967.75 for California Department of Health Care Services shall be set aside by Segal McCambridge for the full amount until such a time as this lien is negotiated. Any balance of this negotiated lien shall be sent to the Northern Trust Company as Guardian of the Estate of Christina Eilman.

10. The net amount distributable to The Northern Trust Company as Guardian of the Estate of Christina Rose Eilman is $6,270,073.81.

11. This matter is dismissed without prejudice as to all claims against all Defendants. Plaintiff may request leave to reinstate this dismissal on or before April 8, 2013 for the sole purpose of enforcing this Settlement Agreement and Release. In the event a motion to reinstate is not filed on or before April 8, 2013, this dismissal shall be with prejudice.

12. The settlement amount approved herein shall be paid only to The Northern Trust Company as Guardian of the Estate of Christina Rose Eilman after the entry in the Probate Division of the Circuit Court of Cook County of an order approving the bond or other security required to administer the settlement and distribution provided for in this order.

                                        2-7-13
                                   ENTERED

                                   [signature]
                                   JUDGE

Prepared by:
Jeffrey Singer, Esq.
Kimberly A. Kayiwa, Esq.
Misty R. Martin, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
233 S. Wacker Drive - Suite 5500
Chicago, Illinois 60606
(312) 645-7800
#3438934.1